THE HONORABLE JOHN C. COUGHENOUR

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| LEONARD ROLLINS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> TRAYLOR BROS., INC., and TRAYLOR/FRONTIER-KEMPER JV, <br><br> Defendants. | NO. 2:14-cv-1414 JCC <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br> **NOTED: July 31, 2015** |

THIS MATTER, having come on regularly before the Court on the Plaintiffs' Motion for Class Certification and the Court having reviewed and considered the files and records herein and heard the arguments in this matter, the Court finds as follows:

1. The proposed class is so numerous that joinder is impracticable;
2. There are numerous issues of fact and law common to the class;
3. The claims of the Named Plaintiffs are typical of those of the proposed class;
4. The named Plaintiffs are adequate class representatives;

The Court further finds that certification under Fed. R. Civ. P. 23(b)(3) is appropriate because:

5. Questions of law or fact common to class members predominate over any questions affecting only individual members;
6. A class action is superior to other available methods for fairly and efficiently adjudicating the controversy;

Accordingly, the Court orders as follows:

1    It is hereby ORDERED, ADJUDGED AND DECREED that Plaintiffs' Motion for Class

2 Certification is hereby GRANTED.

3    IT IS SO ORDERED this _____ day of _____, 2015.

4

5
                                                    _____
6                                                   UNITED STATES DISTRICT JUDGE

7
Presented by:
8
**TELLER & ASSOCIATES PLLC**
9

10 By:_____
     Stephen A. Teller, WSBA #23372
11   Gregory A. Hitzel, WSBA #39348

12 ATTORNEYS FOR PLAINTIFFS

13

14

15

16

17

18

19

20

21

22

23

24

25

**[PROPOSED] ORDER  2:14-cv-1414 JCC - 2**

**Teller & Associates, PLLC**
1139 34th Ave, Suite B
Seattle, WA  98122
(206) 324-8969   Fax: 860-3172