THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEONARD ROLLINS, *et al.*, | CASE NO. C14-1414-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| TRAYLOR BROS., INC., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' motion to withdraw as attorney for Plaintiffs Watkins and Pearson (Dkt. No. 157). THIS COURT finds good cause exists to GRANT the Motion and hereby ORDERS that Stephen A. Teller, Gregory Hitzel, Elizabeth Touschner, and Teller & Associates, PLLC are hereby removed as counsel for Plaintiffs Watkins and Pearson only.

DATED this 14th day of March 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk