# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LEONARD ROLLINS, *et al.*, | CASE NO. C14-1414-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| TRAYLOR BROS INC, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Defendants have filed a motion for a protective order. (Dkt. No. 192.) Recently, this Court issued an order dealing with two discovery motions. (Dkt. No. 196.) As the Court makes clear in the Order, discovery motions are disfavored. (*Id.* at 12.) Therefore, the Court ORDERS the parties to resolve this discovery dispute without the Court's interference. If it cannot be resolved, Defendants may renew their motion on May 22, 2017. Plaintiffs' response will be due May 29, 2017. Defendants' reply, if any, shall be filed no later than June 2, 2017. The Court directs the Clerk to TERMINATE Defendants' motion for a protective order (Dkt. No. 192). Should Defendants renew the motion, it shall be noted for June 2, 2017.

//

DATED this 9th day of May 2017.

                                      William M. McCool
                                      Clerk of Court

                                      /s/Paula McNabb
                                      Deputy Clerk