THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEONARD ROLLINS, *et al.*, | CASE NO. C14-1414-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| TRAYLOR BROS INC, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to combine discovery motions (Dkt. No. 198). Recently, Defendants filed a motion for a protective order. (Dkt. No. 192.) The Court advised the parties to try and resolve their issues before involving the Court, but stated that a renewed motion could be filed on May 22, 2017. (Dkt. No. 197.) Defendants also recently filed a motion to continue trial, citing the need for more discovery, and alluding to the fact that multiple motions to compel may be necessary. (Dkt. No. 180 at 4–8.) Defendants now indicate they may wish to renew their motion for a protective order—having resolved some, but not all, of their disputes. (Dkt. No. 198 at 2.) The parties stipulate that in the renewed order, Defendants be allowed to raise additional discovery issues. (*Id.*) In the interest of efficiency, the parties' stipulated motion to combine discovery motions (Dkt. No. 198) is

GRANTED. However, as the Court has repeatedly pointed out, discovery motions are disfavored. (Dkt. Nos. 196 at 12; 197 at 1; and 199 at 3 n.1.) The parties are strongly encouraged to resolve their disputes without the Court's interference.

If necessary, the renewed discovery motion shall be filed no later than May 22, 2017 and be no longer than 12 pages. Plaintiffs shall file a response no longer than 12 pages by May 29, 2017. Defendants' reply, if any, shall be no longer than six pages and filed by June 2, 2017.

DATED this 19th day of May 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk