UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEONARD ROLLINS, *et al.*, | CASE NO. C14-1414-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| TRAYLOR BROS, INC, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to amend complaint (Dkt. No. 233). This motion is GRANTED. Plaintiffs have 7 days from the date of this order to file an amended complaint.

DATED this 11th day of July 2017.

                                              William M. McCool
                                              Clerk of Court

                                              /s/Paula McNabb
                                              Deputy Clerk