UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEONARD ROLLINS, *et al.*, | CASE NO. C14-1414-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| TRAYLOR BROS INC, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants' telephonic request to hold the motion for relief from the discovery deadline (Dkt. No. 236) in abeyance, as settlement negotiations are ongoing. The Court GRANTS this request. Defendants' motion for relief from the discovery deadline (Dkt. No. 236) is STAYED until further notice from the parties. The Clerk is DIRECTED to TERMINATE the motion.

DATED this 3rd day of August 2017.

<u>William M. McCool</u>
Clerk of Court

<u>/s/Paula McNabb</u>
Deputy Clerk