UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEONARD ROLLINS, *et al.*, | CASE NO. C14-1414-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| TRAYLOR BROS INC, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Court has held a motion for relief from the discovery deadline in abeyance pending ongoing settlement negotiations (Dkt. No. 238). But sufficient time has elapsed to allow for negotiations. The parties are DIRECTED to file a joint status report within ten (10) days of the date of this order. The report shall address the status of ongoing settlement negotiations. The parties are ORDERED to appear in person (telephonic participation will not be allowed) for a status conference on Wednesday, September 20, 2017 at 9 A.M.

//

//

//

1       DATED this 8th day of September, 2017.

                                                                           William M. McCool
                                                                           Clerk of Court

                                                                           s/Tomas Hernandez
                                                                           Deputy Clerk